AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 23-335M |
| David Morrison, Jr. | ) | |
| | ) | |
| Defendant | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: J. CALEB BOGGS FEDERAL BUILDING 844 NORTH KING STREET WILMINGTON, DE 19801 | Courtroom No.: COURTROOM# 2nd, 2A FLOOR |
|---|---|
| | Date and Time: 8/10/23 1:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 08/02/2023

_____
Judge's signature

Sherry R. Fallon, United States Magistrate Judge
*Printed name and title*