IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 23-mj-335 |
| DAVID MORRISON, JR., | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

**PLEASE** enter the appearance of David L. Pugh, Esquire as co-counsel of record on behalf of Defendant, David Morrison, Jr., in the above-captioned matter.

Respectfully submitted,

DATED:  August 3, 2023

/s/ *David L. Pugh*
DAVID L. PUGH, ESQUIRE
Assistant Federal Public Defender
Office of the Federal Public Defender
District of Delaware
800 King Street, Suite 200
Wilmington, DE 19801
302-573-6010
de_ecf@fd.org