# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   CASE NO. 23-335M-UNA |
| DAVID MORRISON, JR., | ) ) ) |
| Defendant. | ) ) |

## ORDER

The defendant, David Morrison, Jr. having been scheduled for a Preliminary Hearing and a Detention Hearing on August 10, 2023, and whereby counsel for defendant requests that the matters be continued for two weeks, in the interest of justice for good cause, IT IS ORDERED this 10th day of August, 2023, that the Preliminary Hearing and the Detention Hearing will be held **Friday, August 25, 2023 at 1:00 p.m.,** in Courtroom 2A, before the Honorable Christopher J. Burke, Boggs Federal Building, Wilmington, Delaware. The time between August 10, 2023 and August 25, 2023 shall be excluded under the Speedy Trial Act (18 U.S.C.3161,et seq.). IT IS FURTHER ORDERED that the defendant is to remain detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

_____
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE

cc: Defense Counsel
    United States Attorney