

OFFICE of the **FEDERAL PUBLIC DEFENDER**
FOR THE DISTRICT OF DELAWARE

Eleni Kousoulis
Federal Public Defender

August 24, 2023

The Honorable Laura D. Hatcher
United States District Court
J. Caleb Boggs Federal Building
844 King Street, Unit 8
Wilmington, Delaware 19801

> Re:   ***United States v. David Morrison***
> <u>**Criminal Action No. 23-mj-335-UNA**</u>

Dear Judge Hatcher:

Please accept this letter to the Court, submitted on behalf of David Morrison, by his Defense Counsel, David L. Pugh. This letter is being offered to request a continuance of the Preliminary Hearing and Detention Hearing, both scheduled for Mr. Morrison on August 25, 2023.

Mr. Morrison respectfully requests this Court continue the above referenced hearings until the calendar week of August 28, 2023.

Attorney for the government Briana Knox has indicated that she does not object to the above hearings being continued.

Respectfully,

*/s/ David L. Pugh*
DAVID L. PUGH, ESQ
Assistant Federal Public Defender

cc:   Briana Knox, Assistant U.S. Attorney