AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| United States of America<br>v.<br><br>DAVID MORRISON, JR<br>*Defendant* | )<br>)<br>) Case No. 23-335M<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 8-31-23

*Defendant's signature*

, AFPD
*Signature of defendant's attorney*

ELENI KOUSOULIS, ESQ
*Printed name and bar number of defendant's attorney*

800 NORTH KING STREET
SUITE #200
WILMINGTON, DE 19801
*Address of defendant's attorney*

DE_ECF@fd.org
*E-mail address of defendant's attorney*

302-573-6010
*Telephone number of defendant's attorney*

302-573-6041
*FAX number of defendant's attorney*

FILED

AUG 31 2023

U.S. DISTRICT COURT DISTRICT