# DEFENDANT INFORMATION SHEET

**TO:** Clerk, U.S. District Court    [X] Felony    [ ] Class A Misdemeanor

**DEFENDANT:** David Morrison    [X] Indictment    [ ] Information

**DOB (Year Only):** 1974    **COUNTY OF OFFENSE:** Kent

## OFFENSE(S) & CITATION(S): / MAXIMUM PENALTIES:

| OFFENSE(S) & CITATION(S) | MAXIMUM PENALTIES |
|---|---|
| Count One: 18 U.S.C. § 2252A(a)(1) and (b)(1) – Transportation of Child Pornography | 20 years imprisonment w/ mand. min. 5 years; lifetime of supervised release, w/ mand. min. 5 years; $250,000 fine; $100 special assessment; $5,000 Special Assessment per 18 U.S.C. § 3014. |
| Count Two: 18 U.S.C. § 2252A(a)(2) and (b)(1) – Receipt of Child Pornography | 20 years imprisonment w/ mand. min. 5 years; lifetime of supervised release, w/ mand. min. 5 years; $250,000 fine; $100 special assessment; $5,000 Special Assessment per 18 U.S.C. § 3014. |
| Count Three: 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) – Possession of Child Pornography | 10 years imprisonment; lifetime of supervised release, w/ mand. min. 5 years; $250,000 fine; $100 special assessment; $5,000 Special Assessment per 18 U.S.C. § 3014. |

## INSTRUCTIONS

[X] Order to Produce for Arraignment on: 9/14/2023 at 1:00 p.m.

[ ] Issue Arrest Warrant upon signing of Order

[ ] Issue Summons for Initial Appearance on: _____ at _____

[ ] Interpreter Needed    Language _____

## DEFENDANT INFORMATION

Defendant's Address:   Federal Detention Center, Philadelphia

City:                County:                State:                Zip:

Date of Arrest:   8/1/2023        Date of 1st Appearance in this District   8/2/2023

Bail Set:           Date Made:           Remains in Federal Custody   [X]


/s/Briana Knox
Briana Knox
Assistant United States Attorney