No. _ _ _ _ _ _ _ _ _ _

UNITED   STATES   DISTRICT   COURT

District of Delaware

THE UNITED STATES OF AMERICA

vs.

DAVID MORRISON

INDICTMENT

A true bill.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
Foreperson

Filed in open court this _ _ _ _ _ _ _ _ _ _ day,

of _ _ _ _ _ _ _ _ _ _ 20_

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Clerk

I, **David Morrison**, having been presented with a copy of the Indictment, upon arraignment, I do hereby enter a plea of **NOT** guilty to the Indictment filed in this case.

Dated this **NOT** day of **14th**, 20**23**

_____
Deft.

_____
Cnsl.