UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> David Morrison, ) <br> Defendant. ) | CASE NO. CR 23-77-MN |

## O R D E R

This **14th** day of **September 2023**, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within thirty (30) days, that is on or before **October 16, 2023.**

Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned. The time between the date of this order and **October 16, 2023** shall be excludable under the Speedy Trial Act, because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial  ( 18 U.S.C. Sec. 3161(h)(7)(A).

 

Honorable Sherry R. Fallon
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney