IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 23-77-MN |
| | : | |
| DAVID MORRISON, | : | |
| | : | |
| Defendant. | | |

**ORDER**

In response to Defendant's Unopposed Motion to Extend Time to File Pre-trial Motions, this Court HEREBY ORDERS on this _____ day of _____, 2023, that this motion is GRANTED.  Defendant's Pre-trial Motions shall be due on the _____ day of _____, 2023.

The time from October 16, 2023, up until the new date for the filing of pre-trial motions is excludable because the ends of justice served by the delay outweigh the best interest of the public and the Defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

_____
JUDGE MARYELLEN NOREIKA
UNITED STATES DISTRICT COURT