IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 23-77-MN |
| | : | |
| DAVID MORRISON, | : | |
| | : | |
| Defendant. | : | |

## ORDER

In response to Defendant's Unopposed Motion to Extend Time to File Pre-trial Motions, this Court HEREBY ORDERS on this __4th__ day of __October__, 2023, that this motion is GRANTED.  Defendant's Pre-trial Motions shall be due on the __15th__ day of __December__, 2023.

IT IS FURTHER ORDERED that the time from October 16, 2023 and December 15, 2023 is excluded under the Speedy Trial Act because the ends of justice served by the delay outweigh the best interest of the public and the Defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

_____
JUDGE MARYELLEN NOREIKA
UNITED STATES DISTRICT COURT